## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS FANTINI AND LORIE FANTINI, : | |
| : | |
| Plaintiffs, : | CASE NO. _____ |
| v. : | |
| : | |
| THE TRAVELERS HOME AND MARINE : | |
| INSURANCE COMPANY, : | |
| : | |
| Defendant. : | |

### **NOTICE OF REMOVAL**

Pursuant to Sections 1332, 1441, and 1446 of Title 28 of the United States Code, Defendant, The Travelers Home and Marine Insurance Company (hereinafter "Travelers"), by and through its counsel, hereby gives notice of the removal of this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, and as grounds for removal states as follows:

1. On or about November 17, 2025, Plaintiffs, Nicholas Fantini and Lorie Fantini (hereinafter "Plaintiffs") instituted suit by filing a writ of summons against Travelers in the Pennsylvania Court of Common Pleas, Philadelphia County assigned as Case No. 251102419. A copy of the writ of summons is attached hereto as Exhibit 1.

2. Plaintiffs mailed, via certified mail, the writ of summons to Travelers at One Tower Square, Hartford, CT 06183 on November 18, 2025; delivered on or about November 25, 2025.

3. Subsequently, on January 13, 2026, undersigned counsel for Travelers entered an appearance on the Philadelphia County docket. A copy of the Entry of Appearance is attached hereto as Exhibit 2.

4. On or about January 13, 2026, Travelers filed its Praecipe for Rule to File

Complaint. A copy of the Praecipe for Rule to File Complaint is attached hereto as Exhibit 3.

5. On or about February 2, 2026, Plaintiffs filed the Complaint against Travelers. A copy of the Complaint is attached hereto as Exhibit 4.

6. In their Complaint, Plaintiffs allege the following causes of action:

   a. Count I – breach of contract damages in an amount in excess of $50,000.00. In particular, Plaintiffs seek to recover the estimate of $230,962.59 attached as Exhibit "A" to Plaintiffs' Complaint.

   b. Count II – bad faith damages pursuant to 42 Pa. C.S.A. § 8371, in an amount in excess of $50,000.00, together with costs, interest and attorney's fees, plus punitive damages and special damages.

*See* Exhibit 4.

7. The basis for federal court jurisdiction is 28 U.S.C. § 1332, diversity of citizenship, which provides, in relevant part, that federal district courts have original jurisdiction of civil actions between citizens of different states where the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. Attorney's fees, costs, interest and punitive damages are included in the amount in controversy for the purposes of establishing diversity jurisdiction if they are available to successful plaintiffs under a statutory cause of action. *See e.g., Henderson v. Nationwide Mut. Ins. Co.,* 169 F. Supp. 2d 365 (E.D. Pa. 2001).

9. For the statutory bad faith count (Count II), Plaintiffs demand damages in an amount in excess of $50,000.00 in addition to damages permitted by the bad faith statute, § 8371, which includes (1) costs; (2) interest and attorney's fees; (3) punitive damages; and (4) special damages. See Exhibit 5 (Complaint) at Count II.

10. "[A]ny civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). The Eastern District of Pennsylvania is the district that embraces Philadelphia County.

11. Section 1446(b) provides as follows:

> (b) The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

12. This Notice of Removal is timely in that it was filed within thirty (30) days from the point at which Travelers had notice that the action was removable, and less than a year after the commencement of the state court action. *See* 28 U.S.C. § 1446(b).

13. Upon information and belief, Plaintiffs are domiciled at 2922 Township Line Road, Norristown, PA 19403 and are therefore citizens of the Commonwealth of Pennsylvania. *See* Exhibit 4.

14. Travelers is, and was at the time the Complaint was filed in Pennsylvania state court, a Connecticut corporation with its principal place of business in Hartford, Connecticut at One Tower Square, and therefore a citizen of the state of Connecticut. *See* Exhibit 4.

15. A copy of this Notice of Removal is being filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, and is being served on counsel of record, in compliance with 28 U.S.C. § 1446(a), (d). See Notice of Filing of Notice of Removal attached hereto as Exhibit 5.

16. Pursuant to 28 U.S.C. § 1446(a), copies "of all process, pleadings, and orders"

received by Travelers are attached hereto. Defendant Travelers has not answered or otherwise responded to the Complaint.

17. Removal of Plaintiff's case to the United States District Court for the Eastern District of Pennsylvania is required under the circumstances of this case because all parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

WHEREFORE, Defendant, The Travelers Home and Marine Insurance Company, respectfully removes this action to the United States District Court for the Eastern District of Pennsylvania for further proceedings pursuant to this Notice.

Dated: Morristown, NJ
      February 19, 2026           USERY & ASSOCIATES

By:   /s/ *Lisa J. Trembly*
     Lisa J. Trembly
     Tel: 973.631.3265
     Fax: 844.571.3789
     Email: ltrembly@travelers.com

     Please address all correspondence sent by mail to:
     P.O. Box 2996
     Hartford, CT 06104-2996

     Physical Address:
     445 South Street, Suite 300
     Morristown, NJ 07960

     *Attorney for Defendant, The Travelers Home and Marine Insurance Company*

## **CERTIFICATE OF SERVICE**

I, Lisa J. Trembly, hereby certify that, on this 19th day of February 2026 a true and correct copy of the foregoing Notice of Removal has been served via the Court's Electronic Filing System on the following counsel of record:

Joseph Zenstein, Esq.
ZENSTEIN KOVALSKY, LLC
1240 Old York Road, Suite 101
Warminster, PA 18974
jzenstein@zensteinlaw.com
*Attorneys for Plaintiffs*

        /s/*Lisa J. Trembly*
        Lisa J. Trembly